IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05CV286-03-MU

| | | |
|---|---|---|
| SHAWN LEE LEGRAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **O R D E R** |
| DANIELLE B. SHAW AND PHYLLIS BUCHANAN, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before this Court upon a Complaint pursuant to 42 U.S.C. §1983

which was filed by the Plaintiff pro se. The Defendants have filed a Motion for Summary

Judgment with a supporting brief. It appears that the Defendants may be entitled to summary

judgment as a matter of law.

The Plaintiff is advised that under the provisions of Rule 56(e) of the Federal Rules of

Civil Procedure, he is required to submit documents, affidavits, or unsworn declarations made

under penalty of perjury, in opposition to the Motion for Summary Judgment and supporting

documents filed by the Defendants. Rule 56(e) reads in pertinent part as follows:

> When a motion for summary judgment is made and supported [by
> affidavits], an adverse party may not rest upon the mere allegations
> or denials of his pleadings, but his response, by affidavits or as
> otherwise provided by this rule, must set forth specific facts
> showing that there is genuine issue for trial. If he does not
> respond, summary judgment, if appropriate, shall be entered
> against him.

This rule requires that if the Plaintiff has any evidence to offer to counter the evidence

contained in the Motion for Summary Judgment and supporting documents filed by the

Defendants, he must present it to the Court in the form of documents, affidavits, or unsworn

declarations under penalty of perjury.  An affidavit is a written statement made under oath; that

is, a statement prepared in writing by the Plaintiff and sworn before a Notary Public.  If the

Plaintiff chooses, he may instead submit an unsworn declaration and state the following with the

date and his signature:

> "I declare under penalty of perjury that the foregoing is true and
> correct."

**PLAINTIFF LEGRAND READ THIS:**

The Plaintiff is further hereby advised that he has thirty (30) days from the filing of this

Order in which to file documents, affidavits, or unsworn declarations in opposition to the

Defendants' Motion for Summary Judgment.  **FAILURE TO RESPOND WITHIN THIS**

**TIME PERIOD MAY SUBJECT THIS ACTION TO SUMMARY JUDGMENT**.

**THEREFORE, IT IS HEREBY ORDERED** that the Plaintiff has thirty(30) days from

the filing of this Order in which to provide his own documents, affidavits, or declarations

countering the evidence offered by the Defendants' Motion for Summary Judgment.

**Signed: November 16, 2005**

Graham C. Mullen
Chief United States District Judge