# United States District Court
# For The Western District of North Carolina
# Asheville Division

Shawn Lee Legrand,

       Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                            1:05cv286

Danielle B. Shaw, et al,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion for summary judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 23, 2006, Order.

July 24, 2006                                 FRANK G. JOHNS, CLERK

                                                BY: s/Joan Gosnell

                                                       Joan Gosnell, Deputy Clerk